# United States District Court
## For The Western District of North Carolina
## Bryson City Division

AMBER NICOLE SMITH,,

          Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          2:11cv25

MICHAEL J. ASTURE,
Commissioner of Social Security,

          Defendant(s).

DECISION BY COURT.  This action having come before the Court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 08/03/2012 Order.

FRANK G. JOHNS, CLERK

Signed: August 3, 2012

*Frank G. John*

Frank G. Johns, Clerk
United States District Court